1  Jonathan W. Thames (Bar No. 242158)
   James J. Jirn (Bar No. 241189)
2  ARCHER NORRIS
   2033 North Main Street, Suite 800
3  PO Box 8035
   Walnut Creek, CA 94596-3728
4  Telephone:  925.930.6600
   Facsimile:   925.930.6620
5

6  Attorneys for Plaintiff
   THE CONTINENTAL INSURANCE COMPANY,
7  a corporation

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   THE CONTINENTAL INSURANCE          Case No. C 07-06148 JCS
12 COMPANY, a corporation,
                                      DECLINATION TO PROCEED BEFORE A
13              Plaintiff,            MAGISTRATE JUDGE AND REQUEST
                                      FOR REASSIGNMENT TO A UNITED
14 v.                                 STATES DISTRICT JUDGE

15 KAWASAKI KISEN KAISHA, LTD.
   D/B/A/ "K" LINE AMERICA, INC., a
16 foreign corporation; and DOE ONE
   through TEN,
17
                Defendants.
18

19       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20       The undersigned party in the above-captioned civil matter hereby declines to consent to

21 the assignment of this case to a United States Magistrate Judge for trial and disposition and

22 hereby requests the reassignment of this case to a United States District Judge.

23

24 Dated: December 20, 2007.
                                      _____
25                                    Signature
                                      Counsel for Continental Insurance Company
26                                    (Name or Party or indicate "pro se")

27

28

   CT024/617256-1                              DECLINATION TO PROCEED BEFORE A
                                                          MAGISTRATE JUDGE

1  Jonathan W. Thames (Bar No. 242158)
   James J. Jirn (Bar No. 241189)
2  ARCHER NORRIS
   2033 North Main Street, Suite 800
3  PO Box 8035
   Walnut Creek, CA 94596-3728
4  Telephone: 925.930.6600
   Facsimile: 925.930.6620
5

6  Attorneys for Plaintiff
   THE CONTINENTAL INSURANCE COMPANY,
7  a corporation

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | THE CONTINENTAL INSURANCE   | Case No. C 07-06148 JCS
   | COMPANY, a corporation,     |
13 |                             | **CERTIFICATE OF SERVICE OF**
   |         Plaintiff,          | **DECLINATION TO PROCEED BEFORE A**
   |                             | **MAGISTRATE JUDGE AND REQUEST**
14 | v.                          | **FOR REASSIGNMENT TO A UNITED**
   |                             | **STATES DISTRICT JUDGE**
15 | KAWASAKI KISEN KAISHA, LTD. |
   | D/B/A/ "K" LINE AMERICA, INC., a |
16 | foreign corporation; and DOE ONE |
   | through TEN,                |
17 |                             |
   |         Defendants.         |
18

19
       I, Sherri Dillard, certify and declare as follows:
20
       I am over the age of 18 years and not a party to this action.
21
       My business address is Archer Norris, 2033 N. Main Street, Suite 800, Walnut Creek,
22
   California 94596, which is located in the city, county, and state where the mailing described
23
   below took place.
24
       On December 20, 2007, I deposited in the United States mail at Walnut Creek, California,
25
   in a sealed envelope, a copy of the DECLINATION TO PROCEED BEFORE A MAGISTRATE
26
   JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
27
   JUDGE, addressed as follows:
28

CT024/617213-1                                                    CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | |
| 2 | Alan Nakazawa |
| | Dena S. Aghabeg |
| 3 | Cogswell, Nakazawa & Chang |
| | 444 W. Ocean Blvd., Suite 1250 |
| 4 | Long Beach, CA  90802-8131 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed on December 20, 2007, at Walnut Creek California.

*Sherri L. Dillard* [signature]

Sherri L. Dillard