**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**December 26, 2007**

CASE NUMBER:  CV 07-06148 JCS
CASE TITLE:  THE CONTINENTAL INSURANCE COMPANY-v-KAWASAKI KISEN KAISHA, LTD.

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/26/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 12/26/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA