1  Alan Nakazawa, State Bar No. 84670
   Dena S. Aghabeg, State Bar No. 185311
2  COGSWELL NAKAZAWA & CHANG, LLP
   444 West Ocean Boulevard, Suite 1250
3  Long Beach, California 90802-8131
   Telephone (562) 951-8668
4  Facsimile: (562) 951-3933

5  Attorneys for Defendants
   KAWASAKI KISEN KAISHA, LTD. and
6  "K" LINE AMERICA, INC.

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 THE CONTINENTAL INSURANCE    )   CASE NO.: 07-cv-06148 WHA
   COMPANY, a corporation,      )
12                              )
              Plaintiff,        )   APPENDIX OF NON-FEDERAL
13                              )   AND UNPUBLISHED FEDERAL
         vs.                    )   LEGAL AUTHORITIES IN
14                              )   SUPPORT OF OPPOSITION TO
   KAWASAKI KISEN KAISHA, LTD.  )   MOTION TO REMAND
15 D/B/A "K" LINE, a foreign    )
   corporation; "K" LINE AMERICA,)
16 INC., a foreign corporation; and DOE )  Date:     February 14, 2008
   ONE through DOE TEN,         )   Time:     8:00 a.m.
17                              )   Location: 450 Golden Gate Ave.
              Defendants.       )             San Francisco, CA
18 _____)             Courtroom 9, 19th Floor

19

20

21

22

23

24

25

26

27

28

---

1

APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL LEGAL AUTHORITIES
IN SUPPORT OF OPPOSITION TO MOTION TO REMAND

Defendants KAWASAKI KISEN KAISHA, LTD. and "K" LINE AMERICA, INC. hereby submit their Appendix of Unpublished Federal Legal Authorities in support of its Opposition to Motion to Remand:

| CASE | EXHIBIT |
|---|---|
| *Action Corp. v. Zim-American Israeli Shipping Co.*, 1992 U.S. Dist. LEXIS 13797 (D.P.R. 1992) | A (2 pages) |
| *Hemphill v. Transfresh Corp.*, 1998 U.S. Dist. LEXIS 8889 (N.D.Cal.1998) | B (8 pages) |
| *Tarnawski v. Schenker, Inc.*, 2003 U.S.Dist. LEXIS 22614, 2003 AMC 2230 (W.D.Wash. 2003) | C (8 pages) |

Dated: January 24, 2008     COGSWELL NAKAZAWA & CHANG, LLP

By   /s/ Alan Nakazawa
Alan Nakazawa
Dena S. Aghabeg
Attorneys for Defendants KAWASAKI KISEN KAISHA, LTD. and "K" LINE AMERICA, INC.

APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL LEGAL AUTHORITIES IN SUPPORT OF OPPOSITION TO MOTION TO REMAND

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, a copy of the foregoing **APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL LEGAL AUTHORITIES IN SUPPORT OF OPPOSITION TO MOTION TO REMAND** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Jonathan Will Thames
ARCHER NORRIS
jthames@archernorris.com
kloyd@archernorris.com

James Jin-Woo Jirn
ARCHER NORRIS
jjirn@archernorris.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 24, 2008          /s/ Alan Nakazawa
                                 Alan Nakazawa

3
APPENDIX OF NON-FEDERAL AND UNPUBLISHED FEDERAL LEGAL AUTHORITIES
IN SUPPORT OF OPPOSITION TO MOTION TO REMAND