IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY, | No. C 07-06148 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| KAWASAKI KISEN KAISHA, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the hearing on the motion to remand previously set for February 14, 2008 at 8:00 a.m. has been rescheduled for **February 13, 2008 at 10:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 11, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn Toland
Courtroom Deputy to the
Honorable William Alsup