UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>February 13, 2008</u>

Case No.  <u>C 07-06148 WHA</u>

Title: <u>CONTINENTAL INS</u> v. <u>KAWASAKI KISEN KAISHA</u>

Plaintiff Attorneys: Johnathan Thames

Defense Attorneys: Dena Aghabeg

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>Plt's Motion to Remand - HELD</u>

2)   <u>                                                                                      </u>


Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**