UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE CONTINENTAL INSURANCE
COMPANY
               Plaintiff(s),

Case No. C 07-06148 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

       v.
KAWASAKI KISHEN KAISHA, LTD.,
ET AL.
               Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Feb. 21, 2008

CONTINENTAL INS. CO.
[Party]

Dated: Feb. 21, 2008

JONATHAN W. THAMES
[Counsel]