UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE CONTINENTAL INSURANCE
COMPANY

                Plaintiff(s),

                v.

KAWASAKI KISEN KAISHA, LTD, ET AL.

                Defendant(s).

CASE NO. C 07-06148 WHA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process
✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 6, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jonathan W. Thames | Continental Ins. Co. | 925-952-5535 | jthames@archernorris.com |
| Alan Nakazawa | Defs. Kawasaki Kisen & "K" Line America | 562-951-8668 | alan.nakazawa@cnc-law.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 2/21/08

Dated: 2/21/08

Attorney for Plaintiff

Attorney for Defendant

Rev 12.05