UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Continental Insurance Company

      Plaintiff(s),

v.

Kawasaki Kisen Kaisha, Ltd., et al.

      Defendant(s).

Case No. C 07-06148 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/26/08

      Kawasaki Kisen Kaisha, Ltd.
      "K" Line America, Inc.

      *Sherry Johnson*
      [Party] SHERRY JOHNSON

Dated: 2/26/08

      [Counsel]
      ALAN NAKAZAWA

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, a copy of the foregoing **ADR CERTIFICATION BY PARTIES AND COUNSEL** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Jonathan Will Thames
ARCHER NORRIS
jthames@archernorris.com
kloyd@archernorris.com

James Jin-Woo Jirn
ARCHER NORRIS
jjirn@archernorris.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 26, 2008                                    s/ Alan Nakazawa
                                                            Alan Nakazawa