# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Continental Insurance Company,<br><br>             Plaintiff(s),<br><br>       v.<br><br>Kawasaki Kisen Kaisha, Ltd.,<br><br>             Defendant(s). | 07-06148 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Eric Danoff**
> Emard Danoff Port Tamulksi & Paetzold LLP
> 49 Stevenson St., Suite 400
> San Francisco, CA 94105
> 415/227-9455
> edanoff@edptlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06148 WHA MED                            - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: March 11, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06148 WHA MED                - 2 -