1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   THE CONTINENTAL INSURANCE          )   CASE NO.: 07-cv-06148 WHA
     COMPANY, a corporation,            )
12                                      )
                Plaintiff,              )   [PROPOSED] ORDER GRANTING THE
13                                      )   MOTION OF KAWASAKI KISEN
          vs.                           )   KAISHA, LTD. AND "K" LINE AMERICA,
14                                      )   INC. TO DISMISS PURSUANT TO THE
     KAWASAKI   KISEN KAISHA, LTD.      )   TOKYO DISTRICT COURT FORUM
15   D/B/A "K" LINE, a foreign corporation; "K" )   SELECTION CLAUSE
     LINE AMERICA, INC., a foreign      )
16   corporation; and DOE ONE through DOE )
     TEN,                               )
17                                      )   Date:        April 17, 2008
                Defendants.             )   Time:        8:00 a.m.
18   _____)   Location:    450 Golden Gate Ave.
                                            San Francisco, CA
19                                          Courtroom 9, 19th Floor
                                            Honorable William Alsup
20

21

22          The Motion of Defendants Kawasaki Kisen Kaisha, Ltd. and "K" Line America,

23   Inc. for an Order dismissing the action against them pursuant to the Tokyo District Court forum

24   selection clause in the bills of lading, came on regularly for hearing before this Court on April

25   17, 2008, at 8:00 a.m., the Honorable William Alsup, United States District Judge, presiding.

26          The Court having reviewed the notice of motion, the memoranda of points and

27   authorities, declarations and exhibits filed by the parties, and the pleadings and documents on file

28   in this action, as well as hearing oral argument of counsel,

                                           1

THE COURT HEREBY ORDERS THAT:

1.    The parties agreed in the forum selection clause of the bills of lading that any action under the bills of lading or in connection with the carriage of the goods shall be brought in the Tokyo District Court in Japan.

2.    The language of the forum selection clause is mandatory because it provides that "any action" under the bills of lading "shall" be brought before the Tokyo District Court.

3.    Under the Supreme Court decisions in  M/S BREMEN v. Zapata Off-Shore Co., and Vimar Seguros Y Reaseguros S.A. v. M/V SKY REEFER, and the decisions applying the law as expressed therein, the Tokyo District Court forum selection clause in this case is *prima facie* valid and should be enforced unless Plaintiffs can clearly show that enforcement of the forum selection clause would be unreasonable and unjust, or that the clause is invalid for such reasons as fraud or overreaching.

4.    Plaintiffs have failed to show that the Japanese forum selection clause should not be enforced for reasons such as fraud or overreaching.

5.    Further, enforcement of the Japanese forum selection clause would not be unreasonable and unjust under the circumstances of this case.  Plaintiffs have failed to show that the contractual forum would be so inconvenient that they will for all practical purposes be deprived of their day in Court.  Plaintiffs have also failed to show that enforcement of the forum selection clause would contravene a strong public policy of this forum.

6.    "K" Line America, Inc., is the agent of Kawasaki Kisen Kaisha, Ltd. in the United States and performed certain agency services for Kawasaki Kisen Kaisha, Ltd. with respect to the cargo.  As an expressed beneficiary of the Himalaya Clause of the bills of lading, "K" Line America, Inc. is entitled to the benefit of the Tokyo District Court forum selection clause.

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS                    Case No.
                                                                          07-cv-06148 WHA

1    BASED ON THE FOREGOING, IT IS HEREBY ORDERED that the action be

2   DISMISSED against Kawasaki Kisen Kaisha, Ltd. and "K" Line America, Inc. on the grounds

3   that the parties agreed in the forum selection clause of the bills of lading that any action under the

4   bills of lading or in connection with the carriage of goods shall be brought in the Tokyo District

5   Court in Japan.

6

7   Dated:   April ___, 2008                    _____

8                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS          Case No.
07-cv-06148 WHA

1

## CERTIFICATE OF SERVICE

2   I hereby certify that on March 13, 2008, a copy of the foregoing [PROPOSED] ORDER
GRANTING THE MOTION OF KAWASAKI KISEN KAISHA, LTD. AND "K" LINE
3 AMERICA, INC. TO DISMISS PURSUANT TO THE TOKYO DISTRICT COURT FORUM
SELECTION CLAUSE was filed electronically.  Notice of this filing will be sent to the
4 following parties by operation of the Court's electronic filing system.  Parties may access this
filing through the Court's system:

5

6 Jonathan Will Thames
ARCHER NORRIS
7 jthames@archernorris.com
kloyd@archernorris.com

8 James Jin-Woo Jirn
ARCHER NORRIS
9 jjirn@archernorris.com

10

11   I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

12

13 Dated: March 13, 2008    /s/ Alan Nakazawa
                 Alan Nakazawa

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4