Alan Nakazawa, State Bar No. 84670
Dena S. Aghabeg, State Bar No. 185311
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendants
KAWASAKI KISEN KAISHA, LTD. and
"K" LINE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KAWASAKI KISEN KAISHA, LTD. D/B/A "K" LINE, a foreign corporation; "K" LINE AMERICA, INC., a foreign corporation; and DOE ONE through DOE TEN,<br><br>    Defendants. | CASE NO.: 07-cv-06148 WHA<br><br>FIRST AMENDED NOTICE OF MOTION OF DEFENDANTS KAWASAKI KISEN KAISHA, LTD. AND "K" LINE AMERICA, INC. TO DISMISS PURSUANT TO THE TOKYO DISTRICT COURT FORUM SELECTION CLAUSE IN THE BILL OF LADING<br><br>New Date:  April 24, 2008<br>Time:        8:00 a.m.<br>Location:   450 Golden Gate Ave.<br>              San Francisco, CA<br>              Courtroom 9, 19th Floor<br>              Honorable William Alsup |

1  TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on April 24, 2008 at 8:00 a.m., or as soon
3  thereafter as counsel may be heard, in the Courtroom of the Honorable William Alsup, United
4  States District Judge, 450 Golden Gate Avenue, San Francisco, California, Defendants Kawasaki
5  Kisen Kaisha, Ltd. and "K" Line America, Inc. will and hereby do move the Court for an order
6  dismissing the within action pursuant to the Tokyo District Court forum selection clause in the
7  applicable bills of lading.  The original hearing date of April 17, 2008, was changed because
8  District Judge Alsup was not available on said date.

9  The Court should grant the Motion to Dismiss on the grounds that the bills of
10 lading issued by Kawasaki Kisen Kaisha, Ltd. covering the carriage of the shipments of goods
11 explicitly provides that any action brought under the bills of lading and/or in respect to the
12 carriage of cargo shall be brought before the Tokyo District Court.

13 This Motion is based upon this Notice, the Memorandum of Points and
14 Authorities, the declarations of Sherry Johnson, and Sharon Morris, with exhibits, the [proposed]
15 order, the pleadings and documents on file herein, any further pleadings, memoranda, exhibits
16 and declarations submitted in support hereof, and oral argument as may be presented at the
17 hearing on this motion.

18

19 Dated: March 14, 2008                COGSWELL NAKAZAWA & CHANG, LLP

20
                                        By      /s/ Alan Nakazawa
21                                              Alan Nakazawa
                                                Dena S. Aghabeg
22                                              Attorneys for Defendants KAWASAKI KISEN
                                                KAISHA, LTD. and "K" LINE AMERICA, INC.
23

24

25

26

27

28

2

FIRST AMENDED NOTICE OF DEFENDANTS' MOTION
TO DISMISS ACTION                                                        Case No. 07-cv-06148 WHA

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, a copy of the foregoing **FIRST AMENDED NOTICE OF MOTION OF DEFENDANTS KAWASAKI KISEN KAISHA, LTD. AND "K" LINE AMERICA, INC. TO DISMISS PURSUANT TO THE TOKYO DISTRICT COURT FORUM SELECTION CLAUSE IN THE BILL OF LADING** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Jonathan Will Thames
ARCHER NORRIS
jthames@archernorris.com
kloyd@archernorris.com

James Jin-Woo Jirn
ARCHER NORRIS
jjirn@archernorris.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 14, 2008            /s/ Alan Nakazawa
                                 Alan Nakazawa