Jonathan W. Thames (Bar No. 242158)
James J. Jirn (Bar No. 241189)
ARCHER NORRIS, APLC
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, California 94596-3728
Telephone: 925.930.6600
Facsimile: 925.930.6620

Attorneys for Plaintiff
THE CONTINENTAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAWASAKI KISEN KAISHA, LTD. D/B/A "K" LINE, a foreign corporation; "K" LINE AMERICA, INC., a foreign corporation; and DOE ONE through DOE TEN,<br><br>Defendants. | Case No. C 07-06148 WHA<br><br>**THE PARTIES' LOCAL RULE 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO TOKYO DISTRICT COURT FORUM SELECTION CLAUSE; DECLARATION OF JONATHAN W. THAMES IN SUPPORT; AND [PROPOSED] ORDER** |

## STIPULATED REQUEST FOR ORDER

WHEREAS defendants Kawasaki Kisen Kaisha, Ltd.'s and "K." Line America, Inc.'s Motion to Dismiss pursuant to the Tokyo District court forum selection clause contained in the relevant bills of lading is currently set for hearing on this Court's docket on April 24, 2008;

WHEREAS plaintiff The Continental Insurance Company opposes this motion;

WHEREAS pursuant to Local Rule 7-3(a) plaintiff's opposition to said motion was due on April 3, 2008, but due to plaintiff's counsel's calendaring error, plaintiff did not timely file its opposition;

WHEREAS the parties are presently working in good faith to negotiate a settlement of the

CT024/646313-1

1 dispute at issue in this suit, and would appreciate some additional time to finalize their
2 negotiations free from the need to expend time and resources briefing a motion that may be
3 mooted by settlement;
4     WHEREAS there have been no previous time modifications in this case; and
5     WHEREAS the requested time modification will have no effect on the schedule already
6 set for this case;
7     NOW THEREFORE pursuant to Local Rule 6-2 the parties stipulate this Court's entry of
8 an Order changing the time for hearing of defendants' Motion To Dismiss from April 24, 2008, to
9 May 8, 2008 (with plaintiff's opposition due on April 17, 2008, and defendants' reply due on
10 April 24, 2008), or as soon thereafter as it may be heard, and request an Order from this Court
11 confirming same.

12 DATED: April 4, 2008.                  Respectfully submitted,

13                                       ARCHER NORRIS

15                                       Jonathan W. Thames
16                                       James J. Jirn
                                      Attorneys for Plaintiff
17                                       THE CONTINENTAL INSURANCE
                                      COMPANY

18                                       Respectfully submitted,
19 DATED: April 4, 2008.

20                                       COGSWELL, NAKAZAWA & CHANG, LLP

21                                       Alan Nakazawa
22                                       Dena S. Aghabeg
                                      Attorneys for Defendants
23                                       KAWASAKI KISEN KAISHA, LTD. AND
                                      "K" LINE AMERICA, INC.

28 CT024/646313-1

PARTIES' LR 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF
DEFENDANTS' MOTION TO DISMISS, DECLARATION IN SUPPORT, AND [PROPOSED] ORDER