Jonathan W. Thames (Bar No. 242158)
James J. Jirn (Bar No. 241189)
ARCHER NORRIS
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, CA  94596-3728
Telephone:    925.930.6600
Facsimile:    925.930.6620

Attorneys for Plaintiff
THE CONTINENTAL INSURANCE COMPANY,
a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAWASAKI KISEN KAISHA, LTD. D/B/A/ "K" LINE AMERICA, INC., a foreign corporation; and DOE ONE through TEN,<br><br>Defendants. | Case No.  C 07-06148 JCS<br><br>**CERTIFICATE OF SERVICE** |

I, JONATHAN W. THAMES, declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Archer Norris, 2033 N. Main Street, Suite 800, Walnut Creek, California 94596.

On April 4, 2008, I caused to be filed and served by the CAND-ECF e-filing system in place in the United States District Court for the Northern District of California the following:

1.  THE PARTIES' LOCAL RULE 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO TOKYO DISTRICT COURT FORUM SELECTION CLAUSE;

//

2.  DECLARATION OF JONATHAN W. THAMES IN SUPPORT; AND

3.  [PROPOSED] ORDER

Same were served via said CAND-ECF system on counsel for KAWASAKI KISEN KAISHA, LTD. D/B/A/ "K LINE, and "K" LINE AMERICA, INC., Alan Nakazawa, Esq. (alan.nakazawa@cnc-law.com), and Dena S. Aghabeg (daghabeg@cnc-law.com).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. This declaration was executed on April 4, 2008, at Walnut Creek California.

_____
Jonathan W. Thames