Jonathan W. Thames (Bar No. 242158)
James J. Jirn (Bar No. 241189)
ARCHER NORRIS, APLC
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, California  94596-3728
Telephone:    925.930.6600
Facsimile:    925.930.6620

Attorneys for Plaintiff
THE CONTINENTAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAWASAKI KISEN KAISHA, LTD. D/B/A "K" LINE, a foreign corporation; "K" LINE AMERICA, INC., a foreign corporation; and DOE ONE through DOE TEN,<br><br>Defendants. | Case No.  C 07-06148 WHA<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' LOCAL RULE 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO TOKYO DISTRICT COURT FORUM SELECTION CLAUSE |

Based on the above Stipulation of counsel and Declaration of Jonathan W. Thames, counsel for plaintiff, it is

ORDERED that defendants' Motion to Dismiss, currently set for hearing on April 24, 2008, at 8:00 a.m., be reset for hearing on May  8 , 2008, at  8:00 a .m., before the undersigned in Courtroom 9, 19th floor, of the United States Courthouse, 450 Golden Gate Ave., San Francisco, California, and that the Court's docket be modified accordingly.

Dated: April  7 , 2008.

IT IS SO ORDERED
Judge William Alsup

_____
The Honorable William H. Alsup
United States District Judge

CT024/646313-1