Jonathan W. Thames (Bar No. 242158)
James J. Jirn (Bar No. 241189)
ARCHER NORRIS, APLC
2033 North Main Street, Suite 800
PO Box 8035
Walnut Creek, California 94596-3728
Telephone:  925.930.6600
Facsimile:   925.930.6620

Attorneys for Plaintiff
THE CONTINENTAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAWASAKI KISEN KAISHA, LTD. D/B/A "K" LINE, a foreign corporation; "K" LINE AMERICA, INC., a foreign corporation; and DOE ONE through DOE TEN,<br><br>Defendants. | Case No. C 07-06148 WHA<br><br>THE PARTIES' NOTICE OF SETTLEMENT AND LOCAL RULE 6-2 STIPULATED REQUEST THAT THE COURT TAKE DEFENDANTS' MOTION TO DISMISS PURSUANT TO TOKYO DISTRICT COURT FORUM SELECTION CLAUSE OFF-CALENDAR; AND [PROPOSED] ORDER |

### NOTICE OF SETTLEMENT AND STIPULATED REQUEST

WHEREAS the parties recently agreed to settle or otherwise amicably resolve the dispute at issue in this suit;

WHEREAS plaintiff The Continental Insurance Company expects to be in a position to sign a stipulation of dismissal with prejudice within 45 days;

WHEREAS defendants Kawasaki Kisen Kaisha, Ltd.'s and "K." Line America, Inc.'s Motion to Dismiss pursuant to the Tokyo District court forum selection clause is currently set for hearing on this Court's docket on May 8, 2008;

WHEREAS because of the settlement, the parties would like defendants' pending Motion to Dismissed to be taken off-calendar;

CT024/649121-1

1  WHEREAS there has been one previous time modifications in this case; and

2  WHEREAS, due to the settlement, the requested time modification will have no effect on
3  the schedule already set for this case;

4  NOW THEREFORE pursuant to Local Rule 6-2 the parties stipulate to this Court's entry
5  of an Order taking defendants' Motion To Dismiss off calendar, and request an Order from this
6  Court confirming same.

7  DATED: April 15, 2008.

Respectfully submitted,

ARCHER NORRIS

*/s/ Jonathan W. Thames*
Jonathan W. Thames
James J. Jirn
Attorneys for Plaintiff
THE CONTINENTAL INSURANCE COMPANY

DATED: April 15, 2008.

Respectfully submitted,

COGSWELL, NAKAZAWA & CHANG, LLP

*/s/ Alan Nakazawa*
Alan Nakazawa
Dena S. Aghabeg
Attorneys for Defendants
KAWASAKI KISEN KAISHA, LTD. AND "K" LINE AMERICA, INC.

### [PROPOSED] ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: April ____, 2008.

_____
The Honorable William H. Alsup
United States District Judge

CT024/649121-1

PARTIES' LR 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF
DEFENDANTS' MOTION TO DISMISS, DECLARATION IN SUPPORT, AND [PROPOSED] ORDER