IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAWASAKI KISEN KASHA, LTD. d/b/a "K" LINE, a foreign corporation, "K" LINE AMERICA, INC., a foreign corporation, and DOE ONE through DOE TEN,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 07-06148 WHA<br><br>**ORDER DENYING STIPULATED REQUEST TO TAKE DEFENDANTS' MOTION TO DISMISS OFF CALENDAR** |

　　　The parties request that defendants' pending motion to dismiss, which is set for May 8, 2008, be taken off calendar. The Court has learned the hard way that settlements in principal often fall through. It is better to wait until there is a final agreement and stipulated dismissal before suspending any dates. The request is therefore **DENIED**.

　　　**IT IS SO ORDERED.**

Dated: April 16, 2008.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE