1   Jonathan W. Thames (Bar No. 242158)
    James J. Jirn (Bar No. 241189)
2   ARCHER NORRIS, APLC
    2033 North Main Street, Suite 800
3   PO Box 8035
    Walnut Creek, California  94596-3728
4   Telephone:   925.930.6600
    Facsimile:    925.930.6620
5
    Attorneys for Plaintiff
6   THE CONTINENTAL INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  THE CONTINENTAL INSURANCE            Case No.  C 07-06148 WHA
    COMPANY, a corporation,
12                                       **THE PARTIES' LOCAL RULE 6-2
                 Plaintiff,              STIPULATED REQUEST FOR ORDER
13                                       CHANGING TIME FOR HEARING OF
        v.                               DEFENDANTS' MOTION TO DISMISS
14                                       PURSUANT TO TOKYO DISTRICT
    KAWASAKI KISEN KAISHA, LTD.          COURT FORUM SELECTION CLAUSE;
15  D/B/A "K" LINE, a foreign corporation;   DECLARATION OF JONATHAN W.
    "K" LINE AMERICA, INC., a foreign    THAMES IN SUPPORT; AND
16  corporation; and DOE ONE through DOE [PROPOSED] ORDER**
    TEN,
17
                 Defendants.
18

19                 **STIPULATED REQUEST FOR ORDER**

20          WHEREAS defendants Kawasaki Kisen Kaisha, Ltd.'s and "K." Line America, Inc.'s

21  Motion to Dismiss pursuant to the Tokyo District court forum selection clause contained in the

22  relevant bills of lading is currently set for hearing on this Court's docket on May 8, 2008;

23          WHEREAS plaintiff The Continental Insurance Company opposes this motion;

24          WHEREAS the parties have reached in good faith a settlement of the dispute at issue in

25  this suit, have agreed to the form of the release, and have even transferred and received settlement

26  funds;

27          WHEREAS plaintiff's counsel deposited defendants' settlement draft into plaintiff's trust

28

CT024/655247-1

1   account on April 30, 2008, and is awaiting confirmation of the funds' availability (which may be

2   as early as May 9, 2008) before executing the release and dismissal with prejudice;

3         WHEREAS, according to plaintiff's counsel's law firm's bank, settlement funds are not

4   yet available in plaintiff's counsel's trust account;

5         WHEREAS the parties require additional time to finalize their settlement free from the

6   need to expend time and resources briefing a motion that will be mooted by settlement; and

7         WHEREAS the requested time modification will have no effect on the schedule already

8   set for this case;

9         NOW THEREFORE pursuant to Local Rule 6-2 the parties stipulate this Court's entry of

10  an Order changing the time for hearing of defendants' Motion To Dismiss from May 8, 2008, to

11  June 12, 2008 (with plaintiff's opposition due on May 22, 2008, and defendants' reply due on

12  May 29, 2008), or as soon thereafter as it may be heard, and request an Order from this Court

13  confirming same.

14  DATED:  May 7, 2008.                         Respectfully submitted,

15                                               ARCHER NORRIS

16

17                                               Jonathan W. Thames
                                                 James J. Jim
18                                               Attorneys for Plaintiff
                                                 THE CONTINENTAL INSURANCE
19                                               COMPANY

20                                               Respectfully submitted,

21  DATED:  May 7, 2008.                         COGSWELL, NAKAZAWA & CHANG, LLP

22

23                                               Alan Nakazawa
                                                 Dena S. Aghabeg
24                                               Attorneys for Defendants
                                                 KAWASAKI KISEN KAISHA, LTD. AND
25                                               "K" LINE AMERICA, INC.

26

27

28  CT024/655247-1

PARTIES' LR 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF
DEFENDANTS' MOTION TO DISMISS, DECLARATION IN SUPPORT, AND [PROPOSED] ORDER

1   Jonathan W. Thames (Bar No. 242158)
    James J. Jirn (Bar No. 241189)
2   ARCHER NORRIS, APLC
    2033 North Main Street, Suite 800
3   PO Box 8035
    Walnut Creek, California  94596-3728
4   Telephone:    925.930.6600
    Facsimile:     925.930.6620
5
    Attorneys for Plaintiff
6   THE CONTINENTAL INSURANCE COMPANY

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  THE CONTINENTAL INSURANCE                Case No.  C 07-06148 WHA
    COMPANY, a corporation,
12                                           **LR 6-2(a) DECLARATION OF JAMES J.**
                    Plaintiff,               **JIRN IN SUPPORT THE PARTIES'**
13                                           **LOCAL RULE 6-2 STIPULATED**
          v.                                 **REQUEST FOR ORDER CHANGING**
14                                           **TIME FOR HEARING OF DEFENDANTS'**
    KAWASAKI KISEN KAISHA, LTD.              **MOTION TO DISMISS PURSUANT TO**
15  D/B/A "K" LINE, a foreign corporation;   **TOKYO DISTRICT COURT FORUM**
    "K" LINE AMERICA, INC., a foreign        **SELECTION CLAUSE**
16  corporation; and DOE ONE through DOE
    TEN,
17
                    Defendants.
18

19              **LR 6-2(a) DECLARATION OF JAMES J. JIRN**
20       **IN SUPPORT OF PARTIES' STIPULATED REQUEST FOR ORDER**

21       I, JAMES J. JIRN, do hereby declare as follows:

22       1.       I am an adult fully competent to make the following declaration.  I am an attorney

23  with the firm of Archer Norris, and am duly licensed to practice law before the courts of the State

24  of California and this Court.  This declaration is based on my own personal knowledge, or on

25  information and belief as formed in my capacity as counsel for plaintiff The Continental

26  Insurance Company.  If called upon to testify, I could and would testify as set forth in this

27  declaration.

28  CT024/655247-1

2. Defendants Kawasaki Kisen Kaisha, Ltd.'s and "K." Line America, Inc.'s Motion to Dismiss pursuant to the Tokyo District court forum selection clause contained in the relevant bills of lading is currently set for hearing on this Court's docket on May 8, 2008.

3. Plaintiff The Continental Insurance Company opposes this motion.

4. Good cause exists for an order changing the time for hearing of defendants' motion. The parties have reached a settlement this suit. They have agreed on the language of the release, and defendants have sent plaintiff's counsel settlement funds. Plaintiff's counsel has deposited the settlement funds into his firm's trust account, but the check has not cleared yet. Once the check has cleared, plaintiff's counsel will sign the release and file a Stipulation of Dismissal with prejudice. Some additional time to finalize the settlement free from the need to expend time and resources briefing a motion that will clearly be mooted by settlement would be very welcome.

5. Pursuant to LR 6-2(a)(3), the requested time modification will have no effect on the schedule already set for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This Declaration was executed on May 7, 2008, at Walnut Creek, California.

James J. Jim

CT024/655247-1

1

2   Jonathan W. Thames (Bar No. 242158)
    James J. Jirn (Bar No. 241189)
3   ARCHER NORRIS, APLC
    2033 North Main Street, Suite 800
    PO Box 8035
4   Walnut Creek, California  94596-3728
    Telephone:    925.930.6600
5   Facsimile:    925.930.6620

6   Attorneys for Plaintiff
    THE CONTINENTAL INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  THE CONTINENTAL INSURANCE            Case No.  C 07-06148 WHA
    COMPANY, a corporation,
12                                       **[PROPOSED] ORDER GRANTING THE**
                 Plaintiff,              **PARTIES' LOCAL RULE 6-2**
13                                       **STIPULATED REQUEST FOR ORDER**
           v.                            **CHANGING TIME FOR HEARING OF**
14                                       **DEFENDANTS' MOTION TO DISMISS**
    KAWASAKI KISEN KAISHA, LTD.          **PURSUANT TO TOKYO DISTRICT**
15  D/B/A "K" LINE, a foreign corporation; **COURT FORUM SELECTION CLAUSE**
    "K" LINE AMERICA, INC., a foreign
16  corporation; and DOE ONE through DOE
    TEN,
17
                 Defendants.
18

19        Based on the above Stipulation of Counsel and Declaration of James J. Jirn, counsel for

20  plaintiff, it is

21        ORDERED that defendants' Motion to Dismiss, currently set for hearing on May 8, 2008,

22  at 8:00 a.m., be reset for hearing on June _____, 2008, at ____ __.m., before the undersigned in

23  Courtroom 9, 19th floor, of the United States Courthouse, 450 Golden Gate Ave., San Francisco,

24  California, and that the Court's docket be modified accordingly.

          Dated: May _____, 2008.
25

26        _____

27        The Honorable William H. Alsup
          United States District Judge
28
    CT024/655247-1

    PARTIES' LR 6-2 STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING OF
    DEFENDANTS' MOTION TO DISMISS, DECLARATION IN SUPPORT, AND [PROPOSED] ORDER