**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 1, 2008

Case No.  C 07-06148 WHA

Title: CONTINENTAL INS v. KAWASAKI KISEN KAISHA

Plaintiff Attorneys: n/a

Defense Attorneys: n/a

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Motion to Dismiss - NOT HELD

2)  

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**