Case No. 07-cv-06148 WHA

Alan Nakazawa, State Bar No. 84670
Dena S. Aghabeg, State Bar No. 185311
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendants
KAWASAKI KISEN KAISHA, LTD. and
"K" LINE AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KAWASAKI KISEN KAISHA, LTD. D/B/A "K" LINE, a foreign corporation; "K" LINE AMERICA, INC., a foreign corporation; and DOE ONE through DOE TEN,<br><br>Defendants. | CASE NO.: 07-cv-06148 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1      IT IS HEREBY STIPULATED, by and between Plaintiff The Continental
2  Insurance Company and Defendants Kawasaki Kisen Kaisha, Ltd. and "K" Line America, Inc.,
3  through their respective counsel, that the within action be dismissed in its entirety with prejudice,
4  each party to bear its own fees and costs.

Respectfully submitted,

Dated: May 16, 2008

ARCHER NORRIS

By _____
Jonathan W. Thames
Attorneys for Plaintiff THE CONTINENTAL
INSURANCE COMPANY

Dated: May 16, 2008

COGSWELL NAKAZAWA & CHANG, LLP

By _____
Alan Nakazawa
Dena S. Aghabeg
Attorneys for Defendants KAWASAKI KISEN
KAISHA, LTD. and "K" LINE AMERICA, INC.

STIPULATION FOR DISMISSAL      Case No. 07-cv-06148 WHA

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Jonathan Will Thames
ARCHER NORRIS
jthames@archernorris.com
kloyd@archernorris.com

James Jin-Woo Jirn
ARCHER NORRIS
jjirn@archernorris.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2008                                  /s/ Alan Nakazawa
                                                     Alan Nakazawa