Alan Nakazawa, State Bar No. 84670
Dena S. Aghabeg, State Bar No. 185311
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1250
Long Beach, California 90802-8131
Telephone (562) 951-8668
Facsimile: (562) 951-3933

Attorneys for Defendants
KAWASAKI KISEN KAISHA, LTD. and
"K" LINE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAWASAKI KISEN KAISHA, LTD. D/B/A "K" LINE, a foreign corporation; "K" LINE AMERICA, INC., a foreign corporation; and DOE ONE through DOE TEN,<br><br>　　　　Defendants. | CASE NO.: 07-cv-06148 WHA<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to a stipulation of the parties, IT IS HEREBY ORDERED BY THE COURT that the within action is dismissed with prejudice, each party to bear its own fees and costs.

Dated: May ___, 2008

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a copy of the foregoing **[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Jonathan Will Thames
ARCHER NORRIS
jthames@archernorris.com
kloyd@archernorris.com

James Jin-Woo Jirn
ARCHER NORRIS
jjirn@archernorris.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2008                    /s/ Alan Nakazawa
                                       Alan Nakazawa